NO. 07-02-0019-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 13, 2002

_____

VICKIE DIANNE GRAY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE CRIMINAL DISTRICT COURT OF JEFFERSON COUNTY;

NO. 57941; HONORABLE CHARLES D. CARVER, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Vickie Dianne Gray has appealed from a judgment adjudicating her guilt for the offense of securing execution of a document by deception after a motion by the State to revoke her probation and the resulting sentence of two years confinement in the Institutional Division of the Department of Criminal Justice.  However, she has now filed a motion to dismiss that appeal, which is signed by both appellant and her attorney.

Because appellant has complied with the requirements of Rule 42.2(a) of the Rules of Appellate Procedure and because we have not yet delivered our opinion prior to receiving appellant's motion to dismiss, we hereby grant the motion.

Furthermore, having dismissed this appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

John T. Boyd
Chief Justice

Do not publish.